**Marvin S. BURROUGHS, Defendant-Below, Appellant,**

v.

**STATE of Delaware, Plaintiff-Below, Appellee.**

**No. 176, 2016**

Supreme Court of Delaware.

Submitted: October 13, 2016

Decided: October 27, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 0710007029

AFFIRMED.

■

**Leonard TAYLOR, Defendant-Below, Appellant,**

v.

**STATE of Delaware, Plaintiff-Below, Appellee.**

**No. 217, 2016**

Supreme Court of Delaware.

Submitted: October 13, 2016

Decided: October 27, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 0907019543A

AFFIRMED.

■

**Idyll ALLISON, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 302, 2016**

Supreme Court of Delaware.

Submitted: August 31, 2016

Decided: October 27, 2016

Rehearing En Banc Denied November 10, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0512013537

GRANTED. AFFIRMED.

■

**In the MATTER OF the PETITION OF William J. WEBB for A Writ of Mandamus.**

**No. 445, 2016**

Supreme Court of Delaware.

Submitted: September 2, 2016

Decided: October 27, 2016

DENIED.